UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCOIS P. GIVENS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-0017 KJN P<br><br><br>ORDER |

　　　Plaintiff is a state prisoner, proceeding pro se. On April 17, 2019, plaintiff filed a request to reconsider the court's order requiring the prison to pay the partial filing fee from plaintiff's inmate trust account, expressing concern that too much money would be deducted. Plaintiff is advised that the percentage of the filing fee to be deducted from plaintiff's account is calculated each month based on the amount in his inmate trust account. Thus, whether or not the prison official miscalculated the monthly average on the certificate filed with the court on January 14, 2019, has no bearing on the actual amount deducted on subsequent dates. Indeed, to date, the court's financial department has recorded no payments on the filing fee due in this case.

　　　Accordingly, IT IS HEREBY ORDERED that plaintiff's request (ECF No. 9) is denied.

Dated: May 16, 2019

give0017.fee

　　　　　　　　　　　　　　　　　　　　　　　／s／ Kendall J. Newman
　　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE