UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCOIS P. GIVENS,<br><br>  Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>  Defendants. | No. 2:19-cv-0017 KJN P<br><br><br><br>ORDER |

Plaintiff has filed his third request for an extension of time to file an amended complaint pursuant to the court's order of April 1, 2019. Good cause appearing, the request will be granted. No further extensions of time will be granted.

IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time (ECF No. 18) is granted; and

2. Plaintiff is granted one week from the date of this order in which to file the first amended complaint. No further extensions of time will be granted.

Dated: June 18, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

give0017.36thr