UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCOIS P. GIVENS,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | No. 2:19-cv-0017 KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel. Plaintiff seeks relief under 42 U.S.C. § 1983. On December 13, 2019, the undersigned recommended that plaintiff's motion for injunctive relief be denied without prejudice. Plaintiff now seeks to withdraw his motion without prejudice based on a change in circumstances. Good cause appearing, plaintiff's request is granted, and the findings and recommendations are vacated.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to withdraw (ECF No. 24) is granted;

2. Plaintiff's motion (ECF No. 21) is withdrawn without prejudice; and

3. The December 13, 2019 findings and recommendations (ECF No. 23) are vacated.

Dated: January 13, 2020

/give0117.wd

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE