UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCOIS P. GIVENS,<br><br>  Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>  Defendants. | No. 2:19-cv-0017 JAM KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se, with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed November 23, 2020, the United States Marshal was directed to serve process on defendants in this action, including defendant Harry Newman. On December 14, 2020, the United States Marshal returned service unexecuted on Harry Newman because that individual is deceased. In light of the suggestion of Harry Newman's death upon the record, the Clerk of the Court will be directed to serve a copy of the USM-285 form returned by the Marshal on plaintiff together with a copy of this order. Service of such form will invoke the ninety-day time limit for filing a motion for substitution pursuant to Federal Rule of Civil Procedure 25(a)(1).

////

////

1

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall serve on plaintiff forthwith a copy of the USM-285 form returned by the United States Marshal on December 14, 2020 together with this order.

Dated:  December 18, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

give0017.death.def