UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCOIS GIVENS, | No. 2:19-cv-0017 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel. Plaintiff filed a motion for extension of time to file a reply to defendants' opposition. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 47) is granted; and

2. Plaintiff is granted up to and including May 3, 2021, in which to file a reply to defendants' opposition (ECF No. 45).

Dated: April 22, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cw/give0017.36