UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCOIS GIVENS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　　Defendants. | No.  2:19-cv-0017 DAD KJN P<br><br>ORDER |

　　　　Plaintiff is a former state prisoner, proceeding pro se.  Presently pending before the court is plaintiff's renewed motion to participate in electronic case filing.[1]  (ECF No. 78.)  Plaintiff sought a stipulation from opposing counsel, by email on August 27, 2022, and by writing on August 29, 2022.  (ECF No. 80.)  However, by September 17, 2022, plaintiff had received no response.  As discussed below, plaintiff's motion is granted.

　　　　Generally, "any person appearing pro se may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge."  See E.D. Cal. L.R. 133(b)(2).  Local Rule 183 further requires pro se parties to file documents conventionally unless the Court grants leave to use electronic filing.  L.R. 183(c).

---

[1]  This action is referred to the undersigned pursuant to 28 U.S.C. § 636, Federal Rule of Civil Procedure 72, and Local Rule 302(c)(21).

1

Plaintiff's motion for electronic filing provides good cause for deviance from the Local Rule applicable to unrepresented litigants. Because plaintiff is no longer in custody, has mobility impairments requiring the use of a walker or cane, and has shown good cause, plaintiff's motion to electronically file all pleadings pursuant to Local Rule 133(b)(2) is granted.[2] Such permission is limited to the instant case.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to electronically file all pleadings in this action pursuant to Local Rule 133(b)(2) is granted. (ECF No. 78.)

Dated:  October 19, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/give0017.ecf

---

[2] Plaintiff is informed that court permission is not necessary for discovery requests and that neither discovery requests served on an opposing party nor that party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure. Discovery requests between the parties shall not be filed with the court unless, and until, they are at issue.