UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCOIS GIVENS,<br><br>            Plaintiff,<br><br>     v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>            Defendants. | No.  2:19-cv-0017 DAD KJN P<br><br><br><br>ORDER |

   Plaintiff is a former state prisoner, proceeding pro se.  On November 21, 2022, the parties stipulated to modify the court's scheduling order to extend the discovery deadlines.  (ECF No. 87.)

   "The district court is given broad discretion in supervising the pretrial phase of litigation." Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 607 (9th Cir. 1992) (citation and internal quotation marks omitted).  Rule 16(b) provides that "[a] schedule may be modified only for good cause and with the judge's consent."  Fed. R. Civ. P. 16(b)(4).  "The schedule may be modified 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" Zivkovic v. Southern California Edison Co., 302 F.3d 1080, 1087 (9th Cir. 2002) (quoting Johnson, 975 F.2d at 607).

////

1

The undersigned finds good cause to extend the discovery deadline.

Accordingly, IT IS HEREBY ORDERED that:

1. The November 21, 2022 stipulation (ECF No. 87) is approved; and

2. The discovery cut-off is extended to December 30, 2022.  All other portions of the Discovery and Scheduling Order remain in full force and effect.

Dated:  November 28, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/give0017.16b