UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCOIS GIVENS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　　Defendants. | No. 2:19-cv-0017 DAD KJN P<br><br>ORDER |

　　　Plaintiff is a former state prisoner, proceeding pro se.  On December 29, 2022, the parties filed a second stipulation to modify the court's scheduling order to extend the discovery deadlines.  (ECF No. 91.)  The parties have been attempting to resolve discovery disputes and need additional time to do so.

　　　"The district court is given broad discretion in supervising the pretrial phase of litigation." Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 607 (9th Cir. 1992) (citation and internal quotation marks omitted).  Rule 16(b) provides that "[a] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4).  "The schedule may be modified 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" Zivkovic v. Southern California Edison Co., 302 F.3d 1080, 1087 (9th Cir. 2002) (quoting Johnson, 975 F.2d at 607).

1

The undersigned finds good cause to extend the discovery deadline. In light of such extension, the deadline for filing pretrial motions is also extended.

Accordingly, IT IS HEREBY ORDERED that:

1. The December 29, 2022 stipulation (ECF No. 91) is approved.

2. The discovery cut-off is extended to February 14, 2023.

3. The pretrial motions deadline is extended to May 15, 2023.

4. All other portions of the Discovery and Scheduling Order remain in full force and effect.

Dated: January 3, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/give0017.16b2