UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCOIS GIVENS,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>    Defendants. | No. 2:19-cv-0017 DAD KJN P<br><br>ORDER |

   Plaintiff is a former state prisoner, proceeding pro se.  Multiple motions to compel discovery are pending.  Good cause appearing, the May 15, 2023 deadline for filing pretrial motions, including motions for summary judgment, is vacated.  The parties shall refrain from filing a pretrial motion until further order of the court.  Once the discovery motions are resolved, the court will set a revised pretrial motions deadline.

   Accordingly, IT IS HEREBY ORDERED that:

   1. Discovery is closed.

   2. The May 15, 2023 pretrial motions deadline is vacated.  The parties shall refrain from filing pretrial motions until further order.

////

////

1

3. All other portions of the Discovery and Scheduling Order remain in full force and effect.

Dated: April 25, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/give0017.vac.pt