1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCOIS GIVENS, | No.  2:19-cv-0017 DAD KJN P |
| Plaintiff, | |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | ORDER AND REVISED SCHEDULING ORDER |
| Defendants. | |

Plaintiff is a former state prisoner, proceeding pro se.  On December 15, 2023, plaintiff filed a motion to extend the discovery deadline concerning supplemental responses to plaintiff's interrogatories propounded to defendants Palagummi and Chapnick.  On December 26, 2023, defendants filed a statement of non-opposition.

"The district court is given broad discretion in supervising the pretrial phase of litigation." Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 607 (9th Cir. 1992) (citation and internal quotation marks omitted).  Rule 16(b) provides that "[a] schedule may be modified only for good cause and with the judge's consent."  Fed. R. Civ. P. 16(b)(4).  "The schedule may be modified 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" Zivkovic v. Southern California Edison Co., 302 F.3d 1080, 1087 (9th Cir. 2002) (quoting Johnson, 975 F.2d at 607).

1

1       The undersigned finds good cause to extend the discovery deadline.  Such extension is

2  solely for the purpose of resolving disputes as to the supplemental responses to plaintiff's

3  interrogatories propounded to defendants Palagummi and Chapnick.  Such extension includes

4  additional time for the parties to meet and confer in an effort to resolve such disputes, which the

5  court encourages.  No party is granted leave to propound new discovery requests.  In all other

6  respects, discovery remains closed.

7       In light of such extension, the deadline for filing pretrial motions is also extended.

8       Accordingly, IT IS HEREBY ORDERED that:

9     1.  Plaintiff's motion (ECF No. 108) is granted;

10    2.  The discovery cut-off is extended to March 4, 2024.

11    3.  The pretrial motions deadline is extended to April 29, 2024.

12    4.  All other portions of the Discovery and Scheduling Order remain in full force and

13  effect.

14  Dated:  January 4, 2024

15

16                         KENDALL J. NEWMAN
                          UNITED STATES MAGISTRATE JUDGE

17

18  /give0017.16b3

2