UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCOIS P. GIVENS,<br><br>   Plaintiff,<br><br>   v.<br><br>CALIFORNIA DEPARTMENT OFCORRECTIONS ANDREHABILITATION, et al.,<br><br>   Defendants. | No.  2:19-cv-0017 DAD KJN P<br><br><br><u>ORDER</u> |

Plaintiff, a state prisoner proceeding pro se, requested that this action be dismissed with prejudice.

Accordingly, IT IS HEREBY ORDERED that defendants notify this court, within seven days, whether they have any objection to the dismissal of this action.  Should defendants fail to respond, plaintiff's request will be granted.

Dated:  March 4, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

/give0017.59a

1