UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCOIS P. GIVENS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OFCORRECTIONS ANDREHABILITATION, et al.,<br><br>　　　　Defendants. | No.  2:19-cv-0017 DAD KJN P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, requested that this action be dismissed with prejudice, and to "voluntarily withdraw his current related appeal (CA9 Doc 24-1012) in order to close all matters pertaining to this case."  (ECF No. 123 at 2.)  On March 5, 2024, defendants filed a statement of non-opposition to plaintiff's motion to voluntarily dismiss.  Therefore, plaintiff's request shall be honored.  Fed. R. Civ. P. 41(a)(2).

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. Plaintiff's request to voluntarily dismiss this action with prejudice (ECF No. 123) is granted;

　　　　2. This action is dismissed with prejudice;

　　　　3. Plaintiff's February 22, 2024 appeal to the Court of Appeals for the Ninth Circuit (ECF No. 120) is withdrawn; and

4. The Clerk of the Court shall terminate all pending motions.

Dated: March 6, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

/give0017.59